**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John C Stuart, | No. CV-19-02540-PHX-GMS (ESW) |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is Petitioner's Request For a Sua Sponte Order Directing A.D.O.C. to Make Copies of Legal Documents (Doc. 12). For the reasons stated below that Request is denied as stated.

The Petitioner presents his request as a challenge to A.D.O.C.'s policy described by Petitioner as limiting all pro se inmates copies to a total of ten pages per month. Such a request does not amount to a discovery request. It amounts to a new and separate challenge to ADOC policy for which it is not clear that Petitioner has met the jurisdictional prerequisites. Moreover, while Petitioner did state the he exhausted his ten copies for June in obtaining Rules 4 through part of 11 pertaining to habeas cases, he has not explained what documents he yet needs to have copied, why he needs to have more than ten pages copied, and how ADOC's policy unreasonably prevents him from presenting his claim. In any event, Plaintiff has presented no justification entitling him to an order of this Court directing the ADOC to make whatever copies Plaintiff requests that are relevant to Plaintiff's legal issues in any way.

**IT IS THEREFORE ORDERED DENYING** Petitioner's request for a sua sponte order directing ADOC to make Copies of Legal Documents (Doc. 12).

Dated this 4th day of September, 2019.

_____
G. Murray Snow
Chief United States District Judge