**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John C. Stuart,  Petitioner,  v.  David Shinn, et al.,  Respondents. | No. CV-19-02540-PHX-GMS  **ORDER** |

Pending before the Court is Petitioner John C. Stuart's Motion for Reconsideration. (Doc. 60.) Petitioner argues that *State v. Zaid*, No. 2 CA-CR 2018-0159, 2020 WL 3496690, *1 (Ariz. Ct. App. June 29, 2020), a recent opinion from the Arizona Court of Appeals, "establishes [irrefutably] that Petitioner was denied Due Process of law exactly as Petitioner stated in Grounds One, Three, Four Six, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, and Sixteen—thus in 12 of the 17 grounds Petitioner has been fully vindicated by the Arizona Court of Appeals." (Doc. 60 at 4.) Petitioner requests that the Court "now reconsider its determinations for all grounds in light of *Zaid*, *id*., and the fact that Petitioner was deprived of his right to an adequate defense by the incorrect ruling to preclude the very evidence proving all of Petitioner's trial defenses." *Id.* at 11.

Motions for reconsideration are disfavored and should be denied "absent a showing of manifest error or of new facts or legal authority." LRCiv 7.2(g). A motion for reconsideration may not repeat arguments made in support of the motion that resulted in the order for which the party seeks reconsideration. *Id*. Despite Petitioner's citation of new

legal authority, Petitioner has not shown that this legal authority is relevant to his Petition. The Court adopted the R&R denying Petitioner's Petition for Writ of Habeas Corpus because (1) Petitioner's claims were procedurally defaulted, either because they were unexhausted or because the state courts denied relief based on an adequate and independent state rule, and (2) Petitioner's "actual innocence" could not overcome the procedural default of his claims because his allegations of constitutional error were not "new" and "reliable." *See* (Doc. 58 at 5–6).Further, *Zaid* is a direct appeal from a state trial court conviction and lacks the procedural deficiencies of Petitioner's case.

**IT IS THEREFORE ORDERED** that Petitioner John C. Stuart's Motion for Reconsideration. (Doc. 60) is **DENIED**.

Dated this 30th day of July, 2020.

_____
G. Murray Snow
Chief United States District Judge